IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN MONGER,

        Plaintiff,                   No. 2:10-cv-2922 MCE KJN P

    vs.

PHILLIPS, LVN, K. COONEY,       <u>ORDER GRANTING JOINT</u>
Correctional Officer,                    <u>STIPULATION TO DISMISS</u>
                                                    <u>DEFENDANTS COONEY AND</u>
        Defendants.               <u>PHILLIPS FROM THIS ACTION</u>
                                                    <u>WITH PREJUDICE</u>
_____/

       GOOD CAUSE APPEARING, based on stipulation of the parties:

       IT IS HEREBY ORDERED that defendants Cooney and Phillips are dismissed with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure; each party shall bear his or her own fees and costs.

DATED: May 15, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mong2922.dsm

1