IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN MONGER,

      Plaintiff,

vs.

PHILLIPS, LVN, K. COONEY, Correctional Officer,

      Defendants.

No. 2:10-cv-2922 MCE KJN P

ORDER GRANTING JOINT STIPULATION TO DISMISS DEFENDANTS COONEY AND PHILLIPS FROM THIS ACTION WITH PREJUDICE

/

GOOD CAUSE APPEARING, based on stipulation of the parties:

IT IS HEREBY ORDERED that defendants Cooney and Phillips are dismissed with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure; each party shall bear his or her own fees and costs.

DATED: May 15, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mong2922.dsm

1